GRAY ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Gray v. State Farm Mut. Auto. Ins. Co.,*
98 Ohio St.3d 1211, 2003-Ohio-1485.]

(No. 2002–0549—Submitted March 12, 2003—Decided April 2, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

Holbrock & Jonson Co., L.P.A., and Timothy R. Evans, for appellants.

Eagen, Wykoff & Healy Co., L.P.A., and Thomas L. Eagen Jr., for appellee.